1  BRIAN T. McMILLAN, Bar No. 111890
   TODD K. BOYER, Bar No. 203132
2  LITTLER MENDELSON
   A Professional Corporation
3  50 W. San Fernando, 15th Floor
   San Jose, CA 95113.2303
4  Telephone: 408.998.4150

5  Attorneys for Defendants
   ISABELLA'S AT WHARFSIDE, INC. DBA                    *E-FILED - 8/11/09*
6  ISABELLA'S RESTAURANT AND TENE SHAKE

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 TIMOTHY CLEVELAND,                  Case No. C09 02376 ~~PVT~~ RMW

11            Plaintiff,                STIPULATION AND [~~PROPOSED~~] ORDER
                                        ALLOW DEFENDANTS ISABELLA'S AT
12       v.                             WHARFSIDE, INC. DBA ISABELLA'S
                                        RESTAURANT AND TENE SHAKE
13 ISABELLA's AT WHARFSIDE, INC. dba    ADDITIONAL TIME WITHIN WHICH TO
   ISABELLA's RESTAURANT; TENE          FILE RESPONSIVE PLEADING TO
14 SHAKE; CITY OF MONTEREY; and         PLAINTIFF'S COMPLAINT
   DOES 1-10, inclusive,
15
              Defendants.
16

17
18
19
20
21
22
23
24
25
26
27
28

(NO. C09 02376 PVT)                                    STIPULATION TO EXTEND TIME FOR
                                                              RESPONSIVE PLEADING

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, Defendants ISABELLA'S AT WHARFSIDE, INC. DBA ISABELLA'S RESTAURANT AND TENE SHAKE (hereinafter "Defendants"), and Plaintiff TIMOTHY CLEVELAND hereby stipulate to allow Defendants until Monday, July 27, 2009, to file a responsive pleading in the above-entitled action.

Dated: July 21, 2009

*[signature]*
PAUL L. REIN
ATTORNEY FOR PLAINTIFF

Dated: July 21, 2009

*[signature]*
TODD K. BOYER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

## ORDER

Good cause appearing, the parties stipulation to allow Defendants ISABELLA'S AT WHARFSIDE, INC. DBA ISABELLA'S RESTAURANT AND TENE SHAKE until July 27, 2009 to file a responsive pleading to Plaintiff's Complaint is hereby GRANTED. Defendants ISABELLA'S AT WHARFSIDE, INC. DBA ISABELLA'S RESTAURANT AND TENE SHAKE's responsive pleading shall be filed no later than July 27, 2009.

Dated: 8/11/09

*[signature: Ronald M. Whyte]*
Hon. ~~Patricia V. Trumbull~~ Ronald M. Whyte
United States ~~Magistrate~~ Judge
District

Firmwide:91041261.1 000000.0000