PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
TIMOTHY CLEVELAND

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CLEVELAND,<br><br>       Plaintiff,<br><br>v.<br><br>ISABELLA'S AT WHARFSIDE, INC., dba ISABELLA'S RESTAURANT; TENE SHAKE; CITY OF MONTEREY; and DOES 1-10, Inclusive,<br><br>       Defendants.<br>_____/ | Case No. C09-2376 RMW<br>Civil Rights<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO STRIKE THE ANSWER OF DEFENDANT ISABELLA'S AT WHARFSIDE, INC., DBA ISABELLA'S RESTAURANT**<br><br>**AND FOR ENTRY OF DEFAULT AGAINST DEFENDANT ISABELLA'S AT WHARFSIDE, INC., DBA ISABELLA'S RESTAURANT** |

The Court having reviewed Plaintiff's Request to Strike the Answer of Defendant Isabella's at Wharfside, Inc., dba Isabella's Restaurant and for Entry of Default against Defendant Isabella's at Wharfside, Inc., dba Isabella's Restaurant,

IT IS HEREBY ORDERED that:

1.   The Answer to the Complaint in this action filed by defendant Isabella's at Wharfside, Inc., dba Isabella's Restaurant (Docket No. 9) is STRICKEN as to

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

defendant Isabella's at Wharfside, Inc., dba Isabella's Restaurant (hereinafter "Defendant Isabella's") only; and

2. Entry of Default shall be entered against Defendant Isabella's only.

**IT IS SO ORDERED.**

Dated: June 1, 2010

_____
Hon. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S REQUEST TO
STRIKE DEFENDANT ISABELLA'S ANSWER AND FOR
ENTRY OF DEFAULT AGAINST DEFENDANT ISABELLA'S

CASE C09-2376 RMW

2

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001