1 | PAUL L. REIN, ESQ. (SBN: 43053)
2 | CELIA MCGUINNESS (SBN: 159420)
LAW OFFICES OF PAUL L. REIN
3 | 200 Lakeside Drive, Suite A
Oakland, CA 94612
4 | Telephone: (510) 832-5001
Facsimile: (510) 832-4787
5 | reinlawoffice@aol.com

*E-FILED - 3/2/11*

Attorneys for Plaintiff
6 | TIMOTHY CLEVELAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY CLEVELAND,

    Plaintiff,

vs.

ISABELLA'S AT WHARFSIDE, INC., dba
ISABELLA'S RESTAURANT; TENE
SHAKE; CITY OF MONTEREY;
FISHERMAN'S WHARF COMPANY, LP;
CHRIS SHAKE, individually and dba
FISHERMAN'S WHARF COMPANY, LP;
WHARFSIDE RESTAURANT, INC.;
ANTHONY J. PALMA, individually and dba
WHARFSIDE RESTAURANT; NATALIE
PALMA, individually and dba WHARFSIDE
RESTAURANT; SALVATORE RAPPA,
individually and dba WHARFSIDE
RESTAURANT; JOSEPHINE RAPPA
individually and dba WHARFSIDE
RESTAURANT; PALMA/WHARFSIDE,
LTD. ; and DOES 1-10, inclusive,

    Defendants.

Case No.: C09 02376 RMW (PSG)

STIPULATION AND [xxxxxxxxxxxx
ORDER TO THE JURISDICTION OF
THE COURT FOR ALL PURPOSES BY
DEFENDANTS ANTHONY J. PALMA,
individually and dba WHARFSIDE
RESTAURANT; NATALIE PALMA,
individually and dba WHARFSIDE
RESTAURANT; and
PALMA/WHARFSIDE, LTD.

Plaintiff TIMOTHY CLEVELAND and DEFENDANTS ANTHONY J. PALMA,

individually and dba WHARFSIDE RESTAURANT; NATALIE PALMA, individually and dba

PROPOSED ORDER      C09 02376 RMW

1

1. WHARFSIDE RESTAURANT; and PALMA/WHARFSIDE, LTD., by and through their respective attorneys if represented, hereby stipulate that these named defendants are subject to the jurisdiction of the Court for all purposes in this lawsuit but are not filing an Answer to the First Amended Complaint because the parties have resolved the issues of injunctive relief and damages, so that the only remaining issue to be resolved is payment of attorney fees, litigation expenses and costs.

DATED: February 17, 2011

LAW OFFICE OF PAUL L. REIN

BY: _____
PAUL L. REIN
CELIA MCGUINNESS
CATHERINE M. CABALO
ATTORNEYS FOR PLAINTIFF TIMOTHY CLEVELAND

Dated: 2-10 2011

_____
ANTHONY J. PALMA, individually and dba WHARFSIDE RESTAURANT

Dated: 2-10, 2011

_____
NATALIE PALMA, individually and dba WHARFSIDE RESTAURANT;

DATED: 2-10, 2011

PALMA/WHARFSIDE, LTD

BY: _____
ANTHONY J. PALMA

IT IS SO ORDERED

Dated: March 2, 2011

_Ronald M. Whyte_
District Judge Ronald M. Whyte

XXXXXXX ORDER

2

C09 02376 RMW