*E-FILED - 3/24/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CLEVELAND,<br><br>    Plaintiff,<br><br>  vs.<br><br>ISABELLA'S AT WHARFSIDE, INC., dba ISABELLA'S RESTAURANT; TENE SHAKE; CITY OF MONTEREY; FISHERMAN'S WHARF COMPANY, LP; CHRIS SHAKE, individually and dba FISHERMAN'S WHARF COMPANY, LP; WHARFSIDE RESTAURANT, INC.; ANTHONY J. PALMA, individually and dba WHARFSIDE RESTAURANT; JOSEPHINE PALMA, individually and dba WHARFSIDE RESTAURANT; SALVATORE RAPPA, individually and dba WHARFSIDE RESTAURANT; JOSEPHINE RAPPA individually and dba WHARFSIDE RESTAURANT; PALMA/WHARFSIDE, LTD. ; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.:   C09 02376 RMW (PSG)<br><br>**STIPULATION AND ORDER RE: RESCHEDULING HEARING ON PLAINTIFF'S MOTION FOR FEES AND COSTS AND VACATING DATE FOR CASE MANAGEMENT CONFERENCE** |

The parties to the above captioned litigation hereby stipulate by and through their undersigned attorneys of record to the following:

\\\

---

STIPULATION AND [] ORDER RE:  
RESCHEDULING HEARIING ON PLAINTIFF'S MOTION FOR FEES AND COSTS  
AND VACATING CASE MANAGEMENT CONFERENCE

C09 02376 RMW (RSG)

2

1.    The hearing on Plaintiff's Motion for Fees and Costs be moved from April 22, 2011, at 9:00 a.m. to May 6, 2011, at 9:00 a.m.

2.    The briefing schedule regarding the Plaintiff's Motion for Fees and Costs remain the same based on the April 22, 2011 hearing date.  Defendants' Opposition Brief to Plaintiff's Motion for Fees and Costs is due filed on or by April 1, 2011 and Plaintiff's Reply Brief is due filed on or by April 15, 2011.

3.    The Case Management Conference scheduled for April 15, 2011 be taken off calendar.

Dated: March 23, 2011        LAW OFFICES OF PAUL L. REIN

By: _____/S/_____
   CELIA McGUINNESS, ESQ.
   Attorneys for Plaintiff TIMOTHY CLEVELAND

Dated: March 23, 2011        STUBBS & LEONE

By:_____/S/_____
   CLAUDIA LEED, ESQ.
   Attorneys for Defendant CITY OF MONTEREY

Dated: March 23, 2011        BERLINER & COHEN

By:_____/S/_____
   FRANK UBHAUS, ESQ.
   Attorneys for Defendants ISABELLA'S AT
   WHARFSIDE, INC. dba as ISABELLA's
   RESTAURANT, TENE SHAKE, ANTHONY J.
   PALMA, individually and dba WHARFSIDE
   RESTAURANT; JOSEPHINE PALMA,
   individually and dba WHARFSIDE
   RESTAURANT

**ORDER**

Pursuant to the Stipulation of the Parties it is so ordered.

Dated: __3/24/11____   _/s/ Ronald M. Whyte_____
SENIOR DISTRICT COURT JUDGE
RONALD WHYTE