PAUL L. REIN, ESQ. (SBN: 43053)
CELIA MCGUINNESS (SBN: 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone:  (510) 832-5001
Facsimile:   (510) 832-4787
reinlawoffice@aol.com

*E-FILED - 7/22/11*

Attorneys for Plaintiff
TIMOTHY CLEVELAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CLEVELAND,<br><br>    Plaintiff,<br><br>    vs.<br><br>ISABELLA'S AT WHARFSIDE, INC., dba ISABELLA'S RESTAURANT; TENE SHAKE; CITY OF MONTEREY; FISHERMAN'S WHARF COMPANY, LP; CHRIS SHAKE, individually and dba FISHERMAN'S WHARF COMPANY, LP; WHARFSIDE RESTAURANT, INC.; ANTHONY J. PALMA, individually and dba WHARFSIDE RESTAURANT; NATALIE PALMA, individually and dba WHARFSIDE RESTAURANT; SALVATORE RAPPA, individually and dba WHARFSIDE RESTAURANT; JOSEPHINE RAPPA individually and dba WHARFSIDE RESTAURANT; PALMA/WHARFSIDE, LTD. ; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.:   C09 02376 RMW (PSG)<br><br>STIPULATION AND []<br>ORDER TO SET ASIDE THE DEFAULT AGAINST DEFENDANTS  ANTHONY J. PALMA, individually and dba WHARFSIDE RESTAURANT; NATALIE PALMA, individually and dba WHARFSIDE RESTAURANT; and PALMA/WHARFSIDE, LTD. |

WHERAS Plaintiff TIMOTHY CLEVELAND filed a Request for Entry of Default

against DEFENDANTS ANTHONY J. PALMA, individually and dba WHARFSIDE

RESTAURANT; NATALIE PALMA, individually and dba WHARFSIDE RESTAURANT; and PALMA/WHARFSIDE, LTD. on or about January 31, 2011 and this Court entered the default on February 4, 2011;

WHEREAS DEFENDANTS ANTHONY J. PALMA, individually and dba WHARFSIDE RESTAURANT; NATALIE PALMA, individually and dba WHARFSIDE RESTAURANT; and PALMA/WHARFSIDE, LTD. agreed to stipulate to the jurisdiction of this Court in exchange for a withdrawal and set aside of the default filed against them; and

WHEREAS Plaintiff TIMOTHY CLEVELAND and DEFENDANTS ANTHONY J. PALMA, individually and dba WHARFSIDE RESTAURANT; NATALIE PALMA, individually and dba WHARFSIDE RESTAURANT; and PALMA/WHARFSIDE, LTD. filed a stipulation and proposed order on or about February 17, 2011, and this Court issued an order on or about March 2, 2011. that these named defendants are subject to the jurisdiction of the Court for all purposes in this lawsuit but are not filing an Answer to the First Amended Complaint because the parties have resolved the issues of injunctive relief and damages, so that the only remaining issue to be resolved is payment of attorney fees, litigation expenses and costs.

///

///

///

///

///

///

NOW THEREFORE, Plaintiff TIMOTHY CLEVELAND and DEFENDANTS ANTHONY J. PALMA, individually and dba WHARFSIDE RESTAURANT; NATALIE PALMA, individually and dba WHARFSIDE RESTAURANT; and PALMA/WHARFSIDE, LTD., by and through their respective attorneys, stipulate that the default against these named defendants be set aside.

DATED: JULY 13, 2011             LAW OFFICE OF PAUL L. REIN

                                 BY:  /S/CELIA MCGUINNESS
                                      PAUL L. REIN
                                      CELIA MCGUINNESS
                                      CATHERINE M. CABALO
                                      ATTORNEYS FOR PLAINTIFF TIMOTHY
                                      CLEVELAND

DATED: JULY 13, 2011             BERLINER COHEN

                                 BY:  _____
                                      FRANK R. UBHAUS
                                      MARY KATHARINE WILSON
                                      ATTORNEYS FOR DEFENDANTS ISABELLA'S AT
                                      WHARFSIDE, INC., TENE SHAKE, FISHERMAN'S
                                      WHARF COMPANY, LP, CHRIS SHAKE,
                                      WHARFSIDE RESTAURANT, INC. ANTHONY J.
                                      PALMA, INDIVIDUALLY AND DBA WHARFSIDE
                                      RESTAURANT; NATALIE PALMA, INDIVIDUALLY
                                      AND DBA WARFSIDE RESTAURANT; AND
                                      PALMA/WHARFSIDE, LTD.

IT IS SO ORDERED

Dated: July 22, 2011             _____
                                      *Ronald M. Whyte*
                                 District Judge Ronald M. Whyte