FRANK R. UBHAUS, CA STATE BAR NO. 46085
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
frank.ubhaus@berliner.com

ATTORNEYS FOR DEFENDANTS ISABELLA'S AT WHARFSIDE, INC., TENE SHAKE, FISHERMAN'S WHARF COMPANY, LP, CHRIS SHAKE, WHARFSIDE RESTAURANT, INC., ANTHONY J. PALMA, NATALIE PALMA, AND PALMA/WHARFSIDE LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY CLEVELAND,<br><br>    Plaintiff,<br><br>    v.<br><br>ISABELLA'S AT WHARFSIDE, INC., dba ISABELLA'S RESTAURANT; TENE SHAKE; CITY OF MONTEREY; FISHERMAN'S WHARF COMPANY, LP; CHRIS SHAKE, individually and dba FISHERMAN'S WHARF COMPANY, LP; WHARFSIDE RESTAURANT, INC.; ANTHONY J. PALMA, individually and dba WHARFSIDE RESTAURANT; NATALIE PALMA, individually and dba WHARFSIDE RESTAURANT; SALVATORE RAPPA, individually and dba WHARFSIDE RESTAURANT; JOSEPHINE RAPPA individually and dba WHARFSIDE RESTAURANT; PALMA/WHARFSIDE, LTD. ; and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO.  C09-2376 RMW (PSG)<br><br>STIPULATION AND  ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS ISABELLA'S AT WHARFSIDE, INC., DBA ISABELLA'S RESTAURANT; TENE SHAKE; CITY OF MONTEREY; FISHERMAN'S WHARF COMPANY, LP; CHRIS SHAKE, INDIVIDUALLY AND DBA FISHERMAN'S WHARF COMPANY, LP; WHARFSIDE RESTAURANT, INC.; ANTHONY J. PALMA, INDIVIDUALLY AND DBA WHARFSIDE RESTAURANT; NATALIE PALMA, INDIVIDUALLY AND DBA WHARFSIDE RESTAURANT; SALVATORE RAPPA, INDIVIDUALLY AND DBA WHARFSIDE RESTAURANT; J. PALMA/WHARFSIDE, LTD. BY PLAINTIFF TIMOTHY CLEVELAND |

WHEREAS, on March 14, 2012, the Honorable Ronald M. Whyte ordered attorneys fees and costs to be awarded to Plaintiff Timothy Cleveland as the prevailing party in the above-entitled Case No. C09-2376 RMW, and whereas those fees and costs have been paid by Defendants and

1  received by Plaintiff's counsel before May 5, 2012, in full satisfaction of the March 14, 2012
2  Court Order and by agreement of the parties.
3      THEREFORE, IT IS HEREBY STIPULATED pursuant to Rule 41(a)(1)(A)(ii) of the
4  Federal Rules of Civil Procedure, by Plaintiff Timothy Cleveland, Defendants Isabella's at
5  Wharfside, Inc., dba Isabella's Restaurant, Tene Shake,, Fisherman's Wharf Company, LP, Chris
6  Shake, individually and dba Fisherman's Wharf Company, LP; Wharfside Restaurant, Inc.;
7  Anthony J. Palma, individually and dba Wharfside Restaurant; Natalie Palma, individually and
8  dba Wharfside Restaurant; Palma/Wharfside, Ltd.,("The Isabella defendants"), and the City of
9  Monterey that, pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil
10 Procedure, this action and all claims stated within this action should be dismissed with prejudice.
11     SO STIPULATED:

DATED: JUNE 4, 2012

STUBBS & LEONE

BY: /S/ CLAUDIA LEED
    CLAUDIA LEED
    ATTORNEYS FOR DEFENDANT THE CITY OF MONTEREY

DATED: JUNE 4, 2012

BERLINER COHEN

BY: /S/ FRANK R. UBHAUS
    FRANK R. UBHAUS
    MARY KATHARINE WILSON
    ATTORNEYS FOR THE ISABELLA DEFENDANTS.

///
///
///
///
///
///
///

| | |
|---|---|
| 1 | LAW OFFICE OF PAUL L. REIN |
| 2  DATED: MAY 16, 2012 | |
| 3 | BY:  /S/ PAUL L. REIN |
| 4 | PAUL L REIN<br>CELIA MCGUINNESS<br>CATHERINE M. CABALO |
| 5 | ATTORNEYS FOR PLAINTIFF<br>TIMOTHY CLEVELAND |
| 6  IT IS SO ORDERED | |
| 7  Dated:  Î_Ì_G | |

*Ronald M. Whyte*

RONALD M. WHYTE, UNITED STATES DISTRICT
JUDGE FOR THE NORTHERN DISTRICT OF
CALIFORNIA